758

## Massachusetts Mutual Life Insurance Company
### v. Befwick of Philadelphia, Inc., Appellant.

Argued March 27, 1973.  *Paul Auerbach,* with him *David Freeman,* for appellant; *A. C. F. Finkbiner, III,* with him *Jerome A. Hoffman, William H. Lowery,* and *Dechert, Price & Rhoads,* for appellee.

Order affirmed; reargument refused June 1, 1973.

## Melville v. Melville, Appellant.

Submitted March 26, 1973.  *R. Barclay Surrick,* for appellant; *Edward F. Muller, Jr.,* for appellee.

Order affirmed.

## Mengel v. Horvath, Appellant.

Argued March 28, 1973.  *Charles Jay Bogdanoff,* with him *William L. Kinsley* and *Albert C. Gekoski,* for appellant; *Forrest G. Schaeffer, Jr.* and *William E. Schantz,* with them *Edelman, Schaeffer, Saylor, Readinger & Poore,* and *Snyder, Doll & Schantz,* for appellee.

Order affirmed.